N Jane DuBovy CSB#98817
njdubovy@a2zedad.com
Mandy S. L. Favaloro, CSB#239482
mandy@a2zedad.com
A2Z Educational Advocates
881 Alma Real Drive, Suite 309
Pacific Palisades, CA 90272
(310) 573-1430 Office
(310) 573 1425 Fax

Attorneys for S.S., Jonna Jerome, and Andy Spilsbury

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MANHATTAN BEACH UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff/Cross-Appellee,<br><br>vs.<br><br>JONNA JEROME AND ANDY SPILSBURY, PARENTS, ON BEHALF OF S.S., A MINOR,<br><br>Defendant/Cross-Appellant. | CASE NO. **CV 19-159-GW-PLAx**<br>*consolidated with*<br>*Case No.: CV 19-751-GW-PLAx*<br><br>**ORDER TO DISMISS WITH PREJUDICE**<br><br>Status Conference: March 29, 2021<br>The Hon. George H. Wu<br>Trial Date: None Set |

Having reviewed the parties' Joint Stipulation to Dismiss with Prejudice, this matter is hereby dismissed. This Court maintains jurisdiction over this matter in the event that enforcement of the FSA is necessary.

DATED: March 29, 2021

_____
Hon. George H. Wu
United States District Judge

- 1 -